IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DIMONAH BROWN**                                                                                **PLAINTIFF**

V.                                           CIVIL ACTION NO.: 3-23-CV-346-CWR-LGI

**IMM PAYROLL, LLC D/B/A**
**RESIDENCE INN MARRIOTT**                                                      **DEFENDANT**

### AGREED ORDER OF DISMISSAL

COME NOW Plaintiff and Defendant, by and through undersigned counsel, due to settlement of Plaintiff's claims, and agree and stipulate to dismiss all of Plaintiff's claims and Complaint against the Defendant with prejudice;

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims and Complaint of Plaintiff Dimonah Brown against Defendant IMM Payroll, LLC d/b/a Residence Inn Marriott are hereby dismissed with prejudice. The court retains jurisdiction for the purpose of enforcement of the settlement agreement between the parties.

SO ORDERED AND ADJUDGED on November 3, 2023.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT COURT JUDGE

Submitted and Agreed to By:

/s/ Elizabeth Lee Maron
Elizabeth Lee Maron (MS Bar No. 10133)
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
(p) 601-353-3234
(f) 601-355-9708
Elizabeth.maron@arlaw.com
*Counsel for Defendant IMM Payroll, LLC d/b/a Residence Inn Marriott*


/s/ Nick Norris
Nick Norris (MS Bar No. 101574)
Watson & Norris, PLLC
4209 Lakeland Drive #365
Flowood, Mississippi 39232
(p) 601-968-0000
(f) 601-968-0010
nick@watsonnorris.com
*Counsel for Plaintiff Dimonah Brown*